▮ UNITED STATES *versus* BENJAMIN GUMAER. ▮

JOURNAL ENTRIES (1827): *Journal 4:* (1) Motion for rule for return to certiorari *p. 139; (2) judgment reversed *p. 157.

PAPERS IN FILE: (1) Petition and affidavit for certiorari and supersedeas, allocatur; (2) writ of supersedeas and return; (3) writ of certiorari and return; (4) bond for appearance in Supreme Court; (5) assignment of errors, joinder.

*1824–36 Calendar,* MS p. 141.

▮ JOEL THOMAS *versus* THOMPSON MAXWELL. ▮

JOURNAL ENTRIES (1827): *Journal 4:* (1) Stricken from docket *p. 142.

PAPERS IN FILE: (1) Affidavit, petition, and precipe for certiorari; allocatur; (2) copy of affidavit for certiorari.

*1824–36 Calendar,* MS p. 121.